IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL LARONE TAYLOR, | No. C 09-3873 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| CITY OF SAN BERNARDINO, et al., | |
| Defendants. | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in San Bernardino, California, which lies within the venue of the United States District Court for the Central District of California. The defendants are to be found in that district as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: ___August 31___, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\TAYLOR3879.TRN.wpd